1  Russell A. Robinson, 163937
   Law Office of Russell A. Robinson, APC
2  345 Grove Street
   First Floor
3  San Francisco CA 94102
   TEL:   415.255.0462
4  FAX:   415.431.4526

5  Attorneys for Plaintiff
   LINDA KRUPA

6

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11 | LINDA KRUPA,                           ) No.    C-07-0647-PJH
                                            )
12 |        Plaintiff,                      ) **REPORT TO COURT REGARDING**
                                            ) **PLAINTIFF'S DEATH AND REQUEST**
13 | v.                                     ) **FOR DISMISSAL WITHOUT**
                                            ) **PREJUDICE OF THE ENTIRE ACTION;**
14 | COUNTY OF HUMBOLDT, UNKNOWN            ) **DECLARATION OF COUNSEL** AND
     DEPUTY SHERIFFS OF HUMBOLDT            ) **[Proposed] ORDER** DISMISSING CASE
15 | COUNTY, SEMPERVIRENS, LESLIE           ) [Jury Trial Demanded]
     PETERSON, CITY OF DALY CITY, DALY      )
16 | CITY POLICE DEPARTMENT, UNKNOWN        ) Date:      October 18, 2007
     OFFICERS OF DALY CITY POLICE           ) Time:      2:30 p.m.
17 | DEPARTMENT, ANDREW T. NADELL,          )
     MILLS-PENINSULA HEALTH SERVICES,       )
18 | SUTTER HEALTH, and DOES 1-50,          )
                                            )
19 |        Defendants.                     )
                                            )

20

21        TO THE HONORABLE COURT IN THIS MATTER:

22        PLEASE TAKE NOTICE that counsel of record for Plaintiff LINDA KRUPA, hereby

23 further reports to the Court regarding the death of Linda Krupa.  Counsel also requests that this

24 case as to all parties and all causes of action be dismissed, without prejudice.

25 *Krupa v. County of Humboldt, et al.* (No. C-07-0647-PJH)
   REPORT TO COURT REGARDING PLAINTIFF'S DEATH
26 AND REQUEST FOR DISMISSAL WITHOUT PREJUDICE
   OF THE ENTIRE ACTION; DECLARATION OF COUNSEL
   [Proposed] ORDER

**DISCUSSION**

Counsel will not address the previously discussed procedural facts of this or the facts underlying the bases of this action. Counsel previously informed the court that he had learned from an attorney in Pennsylvania that Linda Krupa died while camping.

An attorney in Pennsylvania, Dave Hopkins, reported several months ago that the plaintiff Linda Krupa was found dead while camping. Robinson, through Hopkins, still does not know exact the cause and circumstances of death, but has been told that Ms. Krupa apparently died of natural causes and met with no foul play.

Since the last report (administrative motion) was made to the Court, Ms. Krupa's cellular telephone has been disconnected and e-mails are not returned. While no death certificate has been received, Mr. Hopkins has further informed Robinson that an estate has been established in Pennsylvania by Ms. Krupa's relatives in that State and Mr. Hopkins has represented that he will forward additional information. An autopsy has been performed, indicating no foul play.

Because Ms. Krupa has not and will not be able to participate in the prosecution of this case, counsel hereby requests that the entire matter be dismissed without prejudice.

Date:  October 18, 2007   /s/ Russell A. Robinson
Law Office of Russell A. Robinson, APC
By:   Russell A. Robinson
Attorneys for Plaintiff LINDA KRUPA

## DECLARATION

I, Russell A. Robinson, hereby declare as follows:

1. I am an attorney licensed to practice before all Courts in this State and admitted to practice in the Northern District of California. The below true and correct facts are based on my own personal knowledge, except facts stated as based on information and belief; as to facts so stated, I believe these to be true.

2. I am counsel of record for the plaintiff in this case, having been retained by Linda Krupa. This action was filed to preserve the statute of limitations. Before the action was filed, Plaintiff moved out-of-state.

3. An attorney in Pennsylvania, Dave Hopkins, reported several months ago that the plaintiff Linda Krupa was found dead while camping. Robinson, through Hopkins, still does not know exact the cause and circumstances of death, but has been told that Ms. Krupa apparently died of natural causes and met with no foul play.

4. Since the last report (administrative motion) was made to the Court, Ms. Krupa's cellular telephone has been disconnected and e-mails are not returned. While no death certificate has been received, Mr. Hopkins has further informed Robinson that an estate was established in Pennsylvania by Ms. Krupa's relatives in that State and Mr. Hopkins has represented that he will forward additional information. An autopsy has been performed, indicating no foul play.

5. All indicia point to Ms. Krupa's unfortunate demise. Because Ms. Krupa has not and will not be able to participate in the prosecution of this case, counsel hereby requests that the entire matter be dismissed without prejudice.

///

I, Russell A. Robinson, hereby declare under penalty of perjury and under the laws of the State of California, that the above is true and correct.

Date:   October 18, 2007

       /s/ Russell A. Robinson
Law Office of Russell A. Robinson, APC
By:     Russell A. Robinson
Attorneys for Plaintiff LINDA KRUPA

**ORDER**

Based on the above and good cause appearing, it is hereby ordered as follows:

This entire matter is hereby dismissed, without prejudice, as to all parties and all causes of action.

**IT IS SO ORDERED.**

Date:   October __18_ 2007

HONORABLE PHYLLIS J. HAMILTON
Judge, United States District Court, N.D. of Cal.

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

*Krupa v. County of Humboldt, et al.* (No. C-07-0647-PJH)
REPORT TO COURT REGARDING PLAINTIFF'S DEATH
AND REQUEST FOR DISMISSAL WITHOUT PREJUDICE
OF THE ENTIRE ACTION; DECLARATION OF COUNSEL
[Proposed] ORDER

- 4 -